# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| SHERETA D. PUGH, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:18-cv-56 |
| v. | * | |
| MARSHALL BAKER; and JKS&K, INC. d/b/a/ MCDONALD'S, | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 32. No party to this case has filed any Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Defendants' Motions to Dismiss, dkt. nos. 5, 12, 21, 23. Plaintiff's Second Amended Complaint is the operative pleading in this case. Dkt. No. 33.

**SO ORDERED**, this 19 day of Feb, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)